IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VERONICA MARLENE BARRIENTOS DE INTERIANO, and EDWIN AROLDO INTERIANO CRUZ

                Plaintiffs

      v.

FRANCISCO ALVAREZ, IMMIGRATION SERVICES, INC., et al.

                Defendants

--------------------------------------------------------------

TRINIDAD TAPIA OSORIO

             Intervenor Plaintiff,

Case 2:15-cv-04179-JS

**MOTION BY PROPOSED INTERVENOR PLAINTIFF TO INTERVENE AND REOPEN THIS MATTER TO ENFORCE NOVEMBER 10, 2015 INJUNCTIVE ORDER AS TO DEFENDANTS FRANCISCO ALVAREZ AND ALOE VERA CARIBBEAN IMPORTS, LLC, d.b.a. IMMIGRATION SERVICES, INC.**

Proposed Intervenor Plaintiff Trinidad Tapia Osorio ("Intervenor Plaintiff Tapia"), by and through his undersigned counsel, moves to intervene and to reopen this matter to enforce the Court's November 10, 2015 Orders (Dkt Nos. 32 and 33) as to Defendants Francisco Alvarez, and Aloe Vera Caribbean Imports, LLC, d.b.a. "Immigration Services, Inc."

Intervenor Plaintiff states in support thereof as follows:

    1.    On November 10, 2015 this Court at Dkt. Nos. 32 and 33 entered a final order in this action as to Defendants Francisco Alvarez and Aloe Vera Caribbean Imports, LLC, d.b.a. "Immigration Services, Inc."

1

2. Pursuant to that Order, Dkt No. 33, ¶ 16:

> 16. Any individual alleging to have been aggrieved by a violation of this Consent Order shall have standing to enforce the Order

3. Pursuant to that Order, Dkt No. 33, ¶ 17:

**Retention of Jurisdiction**

> 17. The United States District Court for the Eastern District of Pennsylvania shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

4. Annexed hereto is the Complaint prepared on behalf of Intervenor Plaintiff Tapia for filing as a related matter to this action.

5. Intervenor Plaintiff Tapia requests that this Court grant leave to intervene and to reopen this matter pursuant to the Order of this Court at Dkt No. 33, ¶¶ 16-17, and direct the Clerk of the Court to treat the Complaint filed as a new matter against Defendants therein—Bianca Alvarez, Francisco Alvarez, and Aloe Vera Caribbean Imports, LLC, d.b.a. Immigration Services, Inc.—as a related matter to this case.

Dated: February 25, 2020

Respectfully submitted,

By: _____
Arthur N. Read, Esq.
   PA ID #: 29360
   Email: aread@justiceatworklegalaid.org
Samuel H. Datlof, Esq.
   PA ID #: 324716
   Email: sdatlof@justiceatworklegalaid.org
Justice at Work
990 Spring Garden Street, Suite 300
Philadelphia, PA 19123
Telephone: (215) 733-0878

*Attorneys for Intervenor Plaintiff*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)**

Counsel of record for Defendants to Defendants Francisco Alvarez, and Aloe Vera Caribbean Imports, LLC, d.b.a. "Immigration Services, Inc." has not consented to treating this motion as uncontested.

Dated: February 25, 2020

By: _____
Arthur N. Read, Esq.

**CERTIFICATE OF SERVICE**

Intervenor Plaintiff hereby certifies through his counsel that this motion is being filed through the Court's Electronic Case Filing System (ECF), which will electronically serve this motion on all parties of record therein.

Counsel for Defendants Francisco Alvarez, and Aloe Vera Caribbean Imports, LLC, d.b.a. "Immigration Services, Inc." was

    Michael I. McDermott
    Attorney at Law
    North American Building
    121 South Broad Street, 18th Floor
    Philadelphia, PA 19107
    215-546-2286 (office)
    215-546-2294 (fax)
    Email: mmcder1188@aol.com

Dated: February 25, 2020

By: _____
Arthur N. Read, Esq