*[Proposed Order]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA MARLENE BARRIENTOS DE INTERIANO, and EDWIN AROLDO INTERIANO CRUZ<br><br>Plaintiffs<br><br>v.<br><br>FRANCISCO ALVAREZ, IMMIGRATION SERVICES, INC., et al.<br><br>Defendants<br>-------------------------------------------------------------<br>TRINIDAD TAPIA OSORIO<br><br>Intervenor Plaintiff, | Case 2:15-cv-04179-JS |

## ORDER

**AND NOW** this ____ day of _____, 2020, upon consideration of Proposed Plaintiff Intervenor's Motion to Intervene and Reopen **IT IS ORDERED** as followed:

(1) This matter is **REOPENED**.

(2) Intervenor Plaintiff Trinidad Tapia Osorio is **GRANTED** leave to intervene.

(3) The Clerk of Court is **DIRECTED** to treat the Complaint filed as a new matter against Bianca Alvarez, Francisco Alvarez, and Aloe Vera Caribbean Imports, LLC, d.b.a. Immigration Services, Inc., as related to this case.

**SO ORDERED** this _____ day of _____ 2020.

_____

JUAN R. SÁNCHEZ, C.J.