IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA MARLENE BARRIENTOS DE INTERIANO, et al. | : : : | CIVIL ACTION<br>No. 15-4179 |
| v. | : : | |
| FRANCISCO ALVAREZ, et al. | : | |

## **ORDER**

AND NOW, this 6th day of April, 2021, the parties having resolved their disputes by consent decree entered in the related case *Osorio v. Alvarez*, No. 20-1070, the Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.